# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MATTHEW AND GINA MCCORMICK,** | ) ) ) Case No.: ) ) ) 4:21-cv-00028-ALM ) |
| Plaintiff. | ) ) |
| v. | ) ) ) |
| **SOUTHERN SOLAR, LLC,** | ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 11, 2021

By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Marc Taylor Levesque**
Locke Lord LLP - Dallas
2200 Ross Ave, Suite 2800
Dallas, TX 75201-6776
214-740-8397
Fax: 214-756-8232
Email: taylor.levesque@lockelord.com
Attorney for Defendant


Dated: May 11, 2021                By: */s/ Amy L. B. Ginsburg*
                                                           Amy L. B. Ginsburg, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                           Fax: (877) 788-2864
                                                           Email: aginsburg@creditlaw.com