# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| MATTHEW AND GINA MCCORMICK,<br><br>Plaintiffs.<br><br>v.<br><br>SOUTHERN SOLAR, LLC,<br><br>Defendant. | Case No.:<br><br>4:21-cv-00028-ALM |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, Matthew and Gina McCormick, and Defendant, Southern Solar, LLC hereto stipulate to the dismissal of the above-entitled action with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Marc Taylor Levesque | /s/ Amy L. Bennecoff Ginsburg |
| Marc Taylor Levesque, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Locke Lord LLP - Dallas | Kimmel & Silverman, P.C. |
| 2200 Ross Ave, Suite 2800 | 30 East Butler Pike |
| Dallas, TX 75201-6776 | Ambler, PA 19002 |
| Phone: 214-740-8397 | Phone: (215) 540-8888 |
| Fax: 214-756-8232 | Fax: (877) 788-2864 |
| Email: taylor.levesque@lockelord.com | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiffs |
| | |
| Date: June 10, 2021 | Date: June 10, 2021 |

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 10th day of June, 2021:

Marc Taylor Levesque
Locke Lord LLP - Dallas
2200 Ross Ave, Suite 2800
Dallas, TX 75201-6776
214-740-8397
Fax: 214-756-8232
Email: taylor.levesque@lockelord.com
Attorney for Defendant

                */s/ Amy L. Bennecoff Ginsburg*
                Amy L. Bennecoff Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: (215) 540-8888
                Fax: (877) 788-2864
                Email: aginsburg@creditlaw.com
                Attorney for the Plaintiff