## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **MATTHEW AND GINA MCCORMICK,** | ) |
| | ) |
| | ) **Case No.:** |
| | ) |
| **Plaintiffs.** | ) **4:21-cv-00028** |
| | ) |
| **v.** | ) |
| | ) |
| **SOUTHERN SOLAR, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation filed by the parties (Dkt. #15), Plaintiffs, Matthew and Gina McCormick, and Defendant, Southern Solar, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**SIGNED this the 8th day of July, 2021.**

Richard A. Schell
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE